## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER AMBROSE,<br>       Plaintiff, | Civil Action No. 3:25-CV-01372-SVN |
| v. | January 20, 2026 |
| TINA SWITHIN,<br>       Defendant. | |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7.1(e), Defendant Tina Swithin respectfully moves this Court to allow the undersigned counsel, Joseph E. Mascaro, to withdraw from this matter.

To date, Attorney Jeffrey F. Frank has been handling this matter under my supervision. On January 12, 2026, Attorney Frank was admitted to practice before this Court. On January 13, 2026, Attorney Frank entered his notice of appearance. ECF No. 30. As such, Defendant will continue to be represented by counsel after my withdrawal. On January 15, 2026, Defendant received actual notice by e-mail that I will be withdrawing as her counsel, and she confirmed her understanding of the same in a reply e-mail.

WHEREFORE, the Defendant respectfully requests that this Motion be granted upon this showing of good cause; that the Court allow Attorney Joseph E. Mascaro to withdraw as counsel; and that the Court grant such other and further relief as it deems necessary and proper.

- 2 -

Dated: January 20, 2026                    Respectfully submitted,

                                                The Defendant,
                                                TINA SWITHIN,

                                                By Her Attorneys,

                                                */s/ Joseph E. Masacaro (ct)12736*
                                                _____
                                                Joseph E. Mascaro
                                                Fed. Bar No. CT12736
                                                MORRISON MAHONEY LLP
                                                One Constitution Plaza, 10th Floor
                                                Hartford, CT 06103
                                                Tel: (60) 616-4441
                                                Fax: (860) 541-4883
                                                jmascaro@morrisonmahoney.com

- 3 -

## CERTIFICATION OF SERVICE

      I hereby certify that, on the above written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the court's CM/ECF system.

    Christopher A. Ambrose
    Plaintiff *Pro Se*
    153 Middle Beach Road
    Madison, CT 06443
    Ca0515@aol.com

                                                        */s/ Joseph E. Masacaro (ct)12736*
                                                         Joseph E. Mascaro