**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CHRISTOPHER AMBROSE, | ) | 3:25-CV-1372 (SVN) |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TINA SWITHIN, | ) | |
| *Defendant*. | ) | February 23, 2026 |

## SCHEDULING ORDER

Upon consideration of the parties' Rule 26(f) Report (ECF No. 42), the following dates are hereby adopted as reasonable and appropriate to serve the purposes of Fed. R. Civ. P. 1.  The parties' Rule 26(f) Report is hereby adopted unless otherwise stated.  Specifically, the Court adopts the parties' proposal for initial disclosures and Phase I discovery on the "core liability" issues defined on the bottom of page fourteen of the Rule 26(f) report[1] only, which must be completed by **July 21, 2026**, as set forth below.  At this time, the parties shall not engage in any discovery related to any jurisdictional issues, as the Court will assess whether such discovery is appropriate in conjunction with its ruling on the pending motion to dismiss.  The remaining proposed discovery in the parties' Rule 26(f) report (including what is described as Phases II and III discovery) is stayed pending resolution of the motion to dismiss.[2]

- The Court will set certain deadlines for the parties to file amended pleadings and join parties after resolving Defendant's motion to dismiss, ECF No. 24.  In the meantime, any motions to amend the complaint by Plaintiff or join parties by any party will be governed by Fed. R. Civ. P. 15.

- **Damages Analysis.**  Any party with a claim or counterclaim for damages shall serve a damages analysis on the other parties, in compliance with Rule

---

[1] Specifically, "core liability" issues include the content of the communications (including drafts, source materials, and related internal correspondence), the parties' relationship, fact-based responses to the allegations, and the evidence Plaintiff intends to use to support each legal element of his claims, including damages.  ECF No. 42 at 14.

[2] The Court appreciates the parties' efforts in preparing a thorough Rule 26(f) report.  However, the report—particularly Plaintiff's portion—contains a great amount of unnecessary detail.  The Court encourages the parties to exercise greater restraint and be more concise when submitting future joint submissions to the Court, to aid the Court in its review.

26(a)(1)(A)(iii), on or before **June 10, 2026**.  Any party that is required to serve a damages analysis shall serve an <u>updated</u> damages analysis on the other parties 14 days after the close of discovery.

- **Phase I Discovery Deadlines.**

    - Initial disclosures pursuant to Rule 26(a)(1) must be exchanged by **April 7, 2026**.

    - All Phase I discovery on "core liability" issues, as described above, will be completed (not propounded) by **July 21, 2026**.  Phase I discovery shall **not** include any discovery related to jurisdictional issues.

    - **Motions to Compel.**  Any motion for an order compelling disclosure or discovery pursuant to Fed. R. Civ. P. 37(a) must be filed **within 30 days after the response was due** under the Federal Rules of Civil Procedure, that is, within 60 days of the service of the request.  If the parties are negotiating in good faith in attempt to resolve the discovery dispute, a motion to extend this deadline may be filed.  Failure to file a timely motion in accordance with this scheduling order constitutes a waiver of the right to file a motion to compel.  Any motions relating to discovery must fully comply with the Local Rules, as well as the Federal Rules of Civil Procedure.  The parties are directed to review Local Rule 37 before filing any discovery motion.

As the parties have requested referral of the case to a U.S. Magistrate Judge for purposes of an early settlement conference, the Court will make that referral.

Counsel shall provide each named party to this action with a copy of this Order.

IT IS SO ORDERED.

 /s/  Sarala V. Nagala
Sarala V. Nagala, U.S.D.J.

Dated:        Hartford, Connecticut
              **February 23, 2026**

2